IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 1:10-cv-00672-MSK-MJW

LAWRENCE CASADOS,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC., a Minnesota Corporation,

    Defendant.

---

## ORDER GRANTING COUNSEL LEAVE TO APPEAR AT THE SCHEDULING AND PLANNING CONFERENCE BY TELEPHONE
( Docket No. 10 )

---

THE COURT having reviewed the Joint Motion For Leave To Attend The Rule 16 Scheduling And Planning Conference Telephonically and being fully advised in the premises, DOES HEREBY ORDER that counsel for both Plaintiff and Defendant are hereby granted leave to appear by telephone at the Fed. R. Civ. P. Rule 16(b) scheduling and planning conference set for June 28, 2010 at 9:30 am in the above-captioned civil action. ⊗

BY THE COURT:

June 17, 2010
DATE

_/s/ Michael J. Watanabe_
Hon. Michael J. Watanabe
U.S. MAGISTRATE JUDGE

⊗ Plaintiff's Counsel shall set up the Telephone Conference Call on June 28, 2010 at 9:30 Am. The Court's Telephone number 303-844-2403

1612888v1