IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No.** 10-cv-00672-MSK-MJW      FTR - Courtroom A-502

**Date:** June 28, 2010      Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| LAWRENCE CASADOS, | David M. Larson  (by telephone) |
| Plaintiff(s), | |
| v. | |
| FINANCIAL RECOVERY SERVICES, INC., | James R. Bedell   (by telephone) |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:   TELEPHONIC  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   9:30 a.m.
Court calls case.  Telephonic appearances of counsel.

Court reviews the parties' Stipulated Motion for Entry of Protective Order.

**It is ORDERED:**      Parties'  STIPULATED MOTION FOR ENTRY OF PROTECTIVE
ORDER  [Docket No. 13, Filed June 22, 2010] is **GRANTED.**
The PROTECTIVE ORDER is entered as amended on the record.

The following will confirm the actions taken and dates set at the scheduling conference held this date:
Joinder of Parties/Amendment to Pleadings:   **AUGUST 13, 2010**

Discovery Cut-off:   **SEPTEMBER 30, 2010**

Dispositive Motions Deadline:   **OCTOBER 29, 2010**

Each side shall be limited to two (2) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before AUGUST 02, 2010**
Parties shall designate rebuttal experts   **on or before   AUGUST 31, 2010**

Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before   **AUGUST 27, 2010.**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions.  Each deposition shall be limited  to  one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than SEPTEMBER 30, 2010.**

A  **SETTLEMENT CONFERENCE** is  set for   **AUGUST  20, 2010   at   1:30 p.m.**
in  Courtroom A-502,   Fifth  Floor,  Alfred A. Arraj United States Courthouse, 901  19th Street, Denver,  Colorado 80294.
Updated Confidential Settlement Statements are due to Magistrate Judge Watanabe
via e-mail, as a PDF attachment, at  Watanabe_Chambers@cod.uscourts.gov **on or before AUGUST  16,  2010.**
The subject line of the e-mail, counsel shall list the case number, short caption, date of the conference and "confidential settlement statement."
Statements containing more than 15 pages  **shall**  also be submitted in hard copy paper form with the envelope addressed to   "Magistrate Judge Watanabe Chambers. Personal and Confidential".
All attorneys, parties and/or client representatives, including an adjustor if an insurance company is involved,  with full settlement authority shall be present **in person** at the settlement conference.  Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2.  Failure to comply with this requirement may result in denial of entry to the courthouse.

**FINAL PRETRIAL CONFERENCE**,  **TRIAL PREPARATION CONFERENCE,** and  **TRIAL** will be set by the Honorable Marcia S. Krieger at a future date.
The parties anticipate a three (3)   day trial to a jury.

Parties are directed to www.cod.uscourts.gov   and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.
Parties shall also ensure they are able to receive e-mails from the Court.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.


**[X]**    Scheduling Order is signed and entered   with interlineations   **JUNE 28, 2010.**

Hearing concluded.

**Court in recess**:     9:51 a.m.
Total in-court time: 00:21


To order a transcript of this proceedings, contact  Avery Woods  Reporting Service.
 (303) 825-6119        Toll Free  1-800-962-3345.